THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BALLARD TRANSFER COMPANY OF WASHINGTON, an inactive Washington corporation, et al., <br><br> Defendants. | NO. C20-00414-RSL <br><br> ORDER DIRECTING ENTRY OF JUDGMENT |

**Summary of Judgment**

| | |
|---|---|
| Judgment Creditor: | Northwest Administrators, Inc. |
| Judgment Debtor: | Ballard Transfer Company of Washington and David Miller |
| Principal Judgment Amount: | $24,289.84 |
| Liquidated Damages | $4,857.97 |
| Interest to Date of Judgment: | $443.90 |
| Attorneys' Fees | $7,110.45 |
| Costs: | $559.00 |
| Other Recovery Amounts: | NONE |
| Percent Interest on Principal: | 4.75% per annum |
| Interest Rate on Costs: | NONE |
| Attorneys for Judgment Creditor: | Reid, McCarthy, Ballew & Leahy, L.L.P. |

THIS MATTER coming on for consideration upon Plaintiff's motion for judgment against the Defendant, Plaintiff being represented by its attorney, Russell J. Reid of Reid,

McCarthy, Ballew & Leahy, L.L.P., Defendant not being represented, and the Court having reviewed the records and file herein, including the Declaration of Russell J. Reid and exhibits thereto, and the Declaration of Jeremy Schumacher and the exhibits thereto in support of Plaintiff's motion, and being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff be and hereby is awarded judgment against Defendants, Ballard Transfer Company of Washington and David Miller, in the amounts hereinafter listed, which amounts are due the Plaintiff's Trust by Defendant for its inclusive employment of members of the bargaining unit represented by Local 174 with which the Defendant has a valid collective bargaining agreement, and which amounts are due by reason of its specific acceptance of the Declarations of Trust:  for withdrawal liability of $24,289.84, for liquidated damages of $4,857.97, for pre-judgment interest of $443.90, for attorneys' fees of $7,110.45, and for costs of $559.00; all for a total of $37,261.16, together with interest accruing thereupon at the rate of 4.75% per annum from the date of entry hereof until fully paid.

Dated this 30th day of April, 2020.

*[signature]*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented for Entry by:

/s/Russell J. Reid
Russell J. Reid, WSBA #2560
of Reid, McCarthy, Ballew & Leahy, L.L.P.
Attorneys for Plaintiff

ORDER DIRECTING ENTRY OF JUDGMENT –
Page 2 of 2